UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-CV-22310-KING/BANDSTRA

STEWART TITLE LATIN AMERICA, INC.

      Plaintiff,

vs.

WACHOVIA CAPITAL MARKETS, LLC, n/k/a
WELLS FARGO SECURITIES, L.L.C.,

      Defendant.
_____/

### ORDER ALLOWING SUBSTITUTION OF COUNSEL AND GRANTING EXTENSION OF TIME

This cause is before the Court on the unopposed motion of Defendant Wachovia Capital Markets, LLC, n/k/a Wells Fargo Securities, LLC, to approve the substitution of its counsel in this action, and for an additional seven (7) day extension of the current deadline within which Defendant must respond to Plaintiff Stewart Title Latin America, Inc.'s complaint.

The Court, having considered the motion, the lack of opposition to the motion, and being otherwise duly advised, hereby ORDERS that:

Defendant's motion is GRANTED. The Court approves the substitution of J. Jay Thornton and the law firm of Hunton & Williams LLP for Benjamine Reid and the law firm of Carlton Fields, P.A. as counsel for Wachovia. Wachovia shall file its response to Plaintiff's complaint no later than Thursday, August 26, 2010.

Case No. 10-CV-22310-KING/BANDSTRA

Done and ordered in chambers at Miami-Dade County, Florida this /9 day of _____, 2010.

By: _____
James Lawrence King
United States District Judge

Copies furnished to:

Kimberly I. McMullan, Esq.
Benjamine Reid, Esq.
Paul Joseph Schwiep, Esq.
J. Jay Thornton, Esq.
R. Paul Yetter, Esq.