UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-22310-CIV-KING

STEWART TITLE LATIN AMERICA, INC.,

    Plaintiff,

v.

WACHOVIA CAPITAL MARKETS, LLC, n/k/a
WELLS FARGO SECURITIES, L.L.C.,

    Defendant.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT AND DIRECTING PLAINTIFF TO SUBMIT PROPOSED FINAL JUDGMENT

**THIS CAUSE** comes before the Court *sue sponte*.

It appears from the docket that Defendant Wachovia Capital Markets, LLC has been served with the Amended Complaint (DE #28), and that it has failed to respond to the Amended Complaint within the required time period. On February 3, 2011, the Court granted Plaintiff's Unopposed Motion for Leave to File Amended Complaint. (DE #27). The Order required Plaintiff fo file the Amended Complaint within ten days, and further required Defendant to respond within ten days of service of the Amended Complaint. *Id.* Plaintiff filed the Amended Complaint on February 7, 2011, and certified that all counsel of record were served electronically with the Amended Complaint on that date. The docket sheet reflects that Defendants did not file a response to the Amended Complaint within ten days, and that they have not filed any response to date. Therefore, Defendants are in default.

Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. The Clerk of Court is hereby **DIRECTED TO ENTER DEFAULT** as to Defendant Wachovia Capital Markets, LLC.

2. Plaintiff **SHALL SUBMIT on or before March 29, 2011** a motion for default judgment and a proposed final judgment, with all necessary supporting affidavits.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of March, 2011.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**Clerk of Court**

*Counsel for Plaintiff*

**Kimberly L. McMullan**
Yetter Coleman LLP
Two Houston Center
909 Fannin
Suite 3600
Houston, TX 77010
713-632-8000
Email: kmcmullan@yettercoleman.com

**R. Paul Yetter**
Yetter Coleman LLP
Two Houston Center
909 Fannin

Suite 3600
Houston, TX 77010
713-632-8000
Email: pyetter@yettercoleman.com

**Paul Joseph Schwiep**
Coffey Burlington
2699 S Bayshore Drive
Penthouse A
Miami, FL 33133
305-858-2900
Fax: 305-858-5261

*Counsel for Defendants*

**A. Inge Selden , III**
Maynard Cooper & Gale PC
Regions Harbert Plaza
1901 Sixth Avenue North
Suite 2400
Birmingham, AL 35203
205-254-1081
Email: iselden@maynardcooper.com

**Carl S. Burkhalter**
Maynard Cooper & Gale
1901 6th Avenue N
Suite 2400
Birmingham, AL 35203
205-254-1000
Email: cburkhalter@maynardcooper.com

**Elizabeth Prim Formby Escalona**
Maynard Cooper & Gale PC
Regions Harbert Plaza
1901 Sixth Avenue North
Suite 2400
Birmingham, AL 35203
205-254-1081
Email: pescalona@maynardcooper.com

**James Jay Thornton**
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
305-810-2500
Fax: 810-2460
Email: jthornton@hunton.com