UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-22310-CIV-KING

STEWART TITLE LATIN AMERICA, INC.,

      Plaintiffs,

v.

WACHOVIA CAPITAL MARKETS, LLC, n/k/a
WELLS FARGO SECURITIES, L.L.C.,

      Defendant.

_____/

## ORDER SETTING ASIDE DEFAULT AND
## DENYING MOTION FOR FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Defendant's Motion to Set Aside Default

(D.E. #31), filed March 10, 2011, and Plaintiff's Motion for Entry of Final Judgment Upon

Default (D.E. #35), filed March 29, 2011. The Court is fully briefed on the matter.[1]

The Complaint in the above-styled action was originally filed July 13, 2010. (D.E.

#1). Defendant timely filed an Answer to the original Complaint. (D.E. #19). On February

3, 2011, the Court entered an Order granting Plaintiff's Motion to file an Amended

Complaint, and setting deadlines for the filing of an Amended Complaint by Plaintiff and the

filing of a responsive pleading by Defendant. (D.E. #27). A response to the Amended

---

[1]Plaintiff filed an Opposition to Defendant's Motion to Set Aside Default (D.E. #32) March 16, 2011. Defendant filed a Reply (D.E. #33) March 22, 2011. Defendant also requested Oral Argument on the matter (D.E. #34) March 22, 2011.

Complaint was due February 17, 2011. However, no response was filed by that date and the Clerk entered default on March 9, 2011. (D.E. #30). Defendant moved to set aside the default the next day (D.E. #31), and filed a Proposed Answer along with its motion. (D.E. #31-1).

Defendant indicates its failure to file a timely response to the Amended Complaint was due to a calendaring error. (D.E. #31). However, during this time, discovery between the Parties was ongoing. Default judgment would be too harsh a penalty, under these circumstances for a calendaring mistake by defense counsel's staff. Therefore, the default will be set aside.

Plaintiff claims it will be prejudiced by Defendant's delay because it will not be able to comply with certain litigation deadlines. (D.E. #32). The relevant delay was from February 17, 2011, the date Defendant's Answer was due, and March 10, 2011, the date Defendant's Proposed Answer was filed. This period amounts to three weeks. The Court finds that since discovery was ongoing during the three-week period, this prejudice to Plaintiff does not rise to the level of prejudice that would warrant entering default judgment. Since, however, Plaintiff submits it will be prejudiced by the delay, the Court will by separate order extend the present discovery cut-off date of June 1, 2011 for an additional month.

Accordingly, upon careful review of the record and the Court being otherwise fully advised, it is hereby

**ORDERED, ADJUDGED, and DECREED** as follows:

1.     Defendant's Motion to Set Aside Default and for Leave to File Amended

Complaint **(D.E. #31)** is hereby **GRANTED.**

2.    The Default entered by the Clerk on March 9, 2011 **(D.E. #30)** is **SET ASIDE.**

3.    Defendant's Answer tendered with the Motion to Set Aside Default **(D.E. #31-1)** is **ACCEPTED** and the Clerk **SHALL** file it as the Answer of record in the above-styled case.

4.    Plaintiff's Motion for Final Default Judgment **(D.E. #35)** is **DENIED.**

5.    Defendant's Motion for Oral Argument **(D.E. #34)** is **DENIED.**

6.    The Clerk of Court **SHALL** set by separate order a new scheduling order providing at least an additional four weeks for discovery to eliminate Plaintiff's concerns regarding timely completion of discovery.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 31st day of March, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**Clerk of Court**

***Counsel for Plaintiff***

**Kimberly L. McMullan**
Yetter Coleman LLP
Two Houston Center

909 Fannin
Suite 3600
Houston, TX 77010
713-632-8000
Email: kmcmullan@yettercoleman.com
*PRO HAC VICE*
**R. Paul Yetter**
Yetter Coleman LLP
Two Houston Center
909 Fannin
Suite 3600
Houston, TX 77010
713-632-8000
Email: pyetter@yettercoleman.com
*PRO HAC VICE*

**Paul Joseph Schwiep**
Coffey Burlington
2699 S Bayshore Drive
Penthouse A
Miami, FL 33133
305-858-2900
Fax: 305-858-5261
Email: pschwiep@coffeyburlington.com


cc:   ***Counsel for Defendant***

**A. Inge Selden , III**
Maynard Cooper & Gale PC
Regions Harbert Plaza
1901 Sixth Avenue North
Suite 2400
Birmingham, AL 35203
205-254-1081
Email: iselden@maynardcooper.com
*PRO HAC VICE*

**Carl S. Burkhalter**
Maynard Cooper & Gale
1901 6th Avenue N
Suite 2400
Birmingham, AL 35203
205-254-1000

4

Email: cburkhalter@maynardcooper.com
*PRO HAC VICE*

**Elizabeth Prim Formby Escalona**
Maynard Cooper & Gale PC
Regions Harbert Plaza
1901 Sixth Avenue North
Suite 2400
Birmingham, AL 35203
205-254-1081
Email: pescalona@maynardcooper.com
*PRO HAC VICE*

**James Jay Thornton**
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
305-810-2500
Fax: 810-2460
Email: jthornton@hunton.com